Frank A. JOHNSON, Plaintiff–Appellant,

v.

SQUARE D COMPANY, a/k/a Schneider Electric, Defendant–Appellee.

No. 06–1606.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 8, 2006.

Decided: Nov. 15, 2006.

Frank A. Johnson, Appellant Pro Se. George Daniel Ellzey, Charles F.W. Manning, II, Fisher & Phillips, L.L.P., Columbia, South Carolina, for Appellee.

Before WILLIAMS, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frank A. Johnson appeals the district court's order accepting the recommendation of the magistrate judge, granting Defendant Square D Company's motion for summary judgment, and dismissing Johnson's complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Johnson v. Square D Co.*, No. 3:03–cv–03504–MJP, 2006 WL 1074895 (D.S.C. Apr. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*